**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.   NATASHA M. RAYNOR, | ) | |
| | ) | |
|            Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-900-R |
| | ) | |
| 1.   CARTER COUNTY LODGING LLC, d/b/a HOLIDAY INN d/b/a SPORTING NEWS GRILL | ) ) ) | |
| | ) | |
| 2.   ROBERT M. GOFF & ASSOCIATES | ) | |
| | ) | |
|            Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 17th DAY OF JULY, 2014**.

| | |
|---|---|
| s/ Christine E. Coleman | s/ Joshua Solberg |
| Mark Hammons, OBA #3784 | *(Signed by filing party with permission)* |
| Christine E. Coleman, OBA #30527 | Paul A. Ross  OBA #19699 |
| HAMMONS, GOWENS, HURST         & ASSOCIATES | Joshua W. Solberg   OBA #22308 McAfee & Taft PC |
| 325 Dean A. McGee Ave. | Tenth Floor, Two Leadership Sq. |
| Oklahoma City, Oklahoma 73102 | 211 N. Robinson Ave |
| Telephone: (405) 235-6100 | Oklahoma City, OK 73102-7103 |
| Facsimile: (405) 235-6111 | Ph:    (405) 235-9621 |
| Mark@hammonslaw.com | Fax:   (405) 235-0439 |
| Christine@hammonslaw.com | paul.ross@mcafeetaft.com |
| *Counsel for Plaintiff* | josh.solberg@mcafeetaft.com |
| | *Counsel for Defendant* |